1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD SOWINSKI,

Plaintiff,

v.

CALIFORNIA AIR RESOURCES
BOARD,

Defendant.

Case No. 18-CV-03979-LHK

**ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION**

Re: Dkt. No. 19

In this lawsuit, Plaintiff asserts that the same party infringed the same patent through the same conduct as Plaintiff did in Plaintiff's previously dismissed case. *Compare* ECF No. 13 at 6, ¶ 1 (Plaintiff's complaint in previous case alleging that "[s]ince 2013" Defendant has conducted cap-and-trade auctions that "directly infringe[]" Plaintiff's patent) *with* ECF No. 1, ¶ 1 (Plaintiff's instant Complaint alleging that "[s]ince 2013" Defendant has conducted cap-and-trade auctions that "directly infringe[]" Plaintiff's patent). In his motion for reconsideration, Plaintiff even acknowledges that the instant lawsuit is predicated on the same conduct as Plaintiff's previous suit. ECF No. 19 at 2 ("Defendant violates the patent on a yearly basis when it runs the CARB Auction.").

As a result, res judicata bars Plaintiff's instant lawsuit. *See Senju Pharm. Co., Ltd. v.*

1

Case No. 18-CV-03979-LHK
ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

1   *Apotex Inc.*, 746 F.3d 1344, 1349 (Fed. Cir. 2014) ("Claim preclusion will generally apply when a

2   patentee seeks to assert the same patent against the same party and the same subject matter."); *see*

3   *also Single Chip Sys. Corp. v. Intermec IP Corp.*, 495 F. Supp. 2d 1052, 1062 (S.D. Cal. 2007)

4   (dismissing as barred by res judicata a later-in-time suit "assert[ing] identical facts in the type of

5   product and patent action" as the earlier suit).  Therefore, the Court DENIES Plaintiff's motion for

6   reconsideration.

7   **IT IS SO ORDERED.**

8   Dated:  January 18, 2019

9

10  _____
    LUCY H. KOH
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2